UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF KENTUCKY, CASE NO. 3:07-CR-102-BJB  )<br><br>UNITED STATES OF AMERICA,  )<br><br>   Plaintiff,  )<br><br>v.  )<br><br>DANIEL JOSEPH GUENTHER,  )<br><br>   Defendant.  ) | | No. 6:22-MJ-6081-HAI<br><br>ORDER |

\*\*\*  \*\*\*  \*\*\*  \*\*\*

On October 16, 2022, an arrest warrant was issued in the Western District of Kentucky pursuant to a petition alleging that Defendant Daniel Joseph Guenther violated conditions of his supervised release. D.E. 1. Defendant was taken into custody by the United States Marshals Service in this District on October 17, 2022. At that time, the Marshals Service reported that Defendant was hospitalized due to attempting suicide. On October 25, following Defendant's release from the hospital, the Court conducted an initial appearance in accordance with Federal Rule of Criminal Procedure 32.1(a)(5)(A). Defendant has remained in the custody of the United States Marshal since his placement at the Laurel County Correctional Center. The United States was represented by Justin Blankenship. Douglas Benge was appointed to represent Defendant in this District.

The Court advised Defendant of his constitutional and procedural rights, ensured an adequate opportunity for counsel to confer with Defendant, and ensured that Defendant

understood the nature of the charges resulting in the warrant. Defendant stipulated to probable cause in support of the violations. Rule 32.1(a)(5)(A) therefore requires transfer.

The United States requested detention, and Defendant did not challenge detention during transfer to the prosecuting district. Defendant was ordered detained pending transfer.

Being adequately advised, **IT IS HEREBY ORDERED THAT**:

(1) Defendant is held to answer in the prosecuting district. The Court hereby transfers Defendant to the Western District of Kentucky pursuant to Rule 32.1(a)(5)(A).

(2) The clerk of this District must promptly transmit the papers and any bail to the charging District.

(3) The U.S. Marshal is commanded to maintain custody of the above-named Defendant and to transport Defendant, together with a copy of this Order, to the charging District and to deliver Defendant to the United States Marshal for that District, or to another officer authorized to receive Defendant. The Marshal or officer in the charging District should immediately notify the United States Attorney and the Clerk of Court of Defendant's arrival so that further proceedings may be promptly scheduled.

(4) The Court has received Defendant's CJA 23 form and finds that he is eligible for appointed counsel under the CJA. Hon. Douglas Benge is **APPOINTED** as counsel for Defendant in this district only and may seek full reimbursement under the CJA.

This the 25th day of October, 2022.



Signed By:
Hanly A. Ingram
United States Magistrate Judge